## MISCELLANEOUS ORDERS

| In re Report of the Commission on Continuing Legal Education. | : | |
|---|---|---|

In re Report of the Commission : 
on Continuing Legal Education. :

Ann Truitt Hunsaker :     ENTRY
( # 0043652),
Respondent. :

This cause originated under the enforcement proceedings of Gov.Bar R. X, Attorney Continuing Legal Education. Respondent has filed a motion for leave to file a reply to objections filed by the Commission on Continuing Legal Education on January 31, 2003, accompanied by her reply to the answer to objections. Whereas there are no provisions under Gov.Bar R. X(6) for the filing of a reply,

IT IS ORDERED by the court, sua sponte, that respondent's motion for leave be, and hereby is, denied, and the reply is stricken.

[Cite as *02/19/2003 Case Announcements,* 2003-Ohio-644.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*February 19, 2003*

### MERIT DECISIONS WITHOUT OPINIONS

**2002–2109. State ex rel. Bradley v. Selvaggio.**
In Mandamus. On answer of respondents Nick A. Selvaggio and James R. Smith, motion for judgment on pleadings of Nick A. Selvaggio and James R. Smith, motion to dismiss of Richard E. Nau, Esq., and motion for judgment on pleadings of Kevin Bradley. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

**2002–2116. Schumacher v. Coveno.**
Stark App. No. 2002CA00128, 2002-Ohio-5928. On review of order certifying a conflict. The court determines that no conflict exists within the meaning of S.Ct.Prac.R. IV(2)(B). This cause is therefore dismissed.
MOYER, C.J., RESNICK, F.E. SWEENEY and LUNDBERG STRATTON, JJ., concur.
PFEIFER, COOK and O'CONNOR, JJ., dissent.

**2002–2133. Rumpke Container Serv., Inc. v. Zaino.**
Board of Tax Appeals, No. 1998–B–1201. On motion to dismiss appeal. Motion granted and cause dismissed.
MOYER, C.J., RESNICK, F.E. SWEENEY, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.
PFEIFER, J., dissents.

**2002–2134. Rumpke Container Serv., Inc. v. Zaino.**
Board of Tax Appeals, No. 1998–B–1199. On motion to dismiss appeal. Motion granted and cause dismissed.
MOYER, C.J., RESNICK, F.E. SWEENEY, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.
PFEIFER, J., dissents.

**2002–2135. Rumpke Waste, Inc. v. Zaino.**
Board of Tax Appeals, No. 1999–B–1696. On motion to dismiss appeal. Motion granted and cause dismissed.
MOYER, C.J., RESNICK, F.E. SWEENEY, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.
PFEIFER, J., dissents.